UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-21347-KMW

JASMINA FUENTES,
CAROLINA HENAO,
and other similarly-situated individuals,

    Plaintiffs,

v.

COLOR FACTORY, INC.,
GREAT PAINTING CORP.,
BL EXCLUSIVE PAINTING SERVICES CORP,
CARLOS C. SAMPAIO,
ALEJANDRA VEGA MAYA,
and JHOAN BASTARDO LINARES, individually

    Defendants,
_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL SOLELY AS TO DEFENDANTS JHOAN BASTARDO LINARES AND BL EXCLUSIVE PAINTING SERVICES CORP. WITHOUT PREJUDICE

Plaintiffs, JASMINA FUENTES and CAROLINA HENAO, by and through undersigned counsel, hereby file this notice of voluntary dismissal *without prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) solely as to Defendants JHOAN BASTARDO LINARES and BL EXCLUSIVE PAINTING SERVICES CORP.

The case against corporate Defendants COLOR FACTORY, INC., GREAT PAINTING CORP., CARLOS C. SAMPAIO and ALEJANDRA VEGA MAYA, shall proceed its course.

Dated this July 6, 2022

                                        Respectfully submitted,

**ZANDRO E. PALMA, P.A.**

Zandro E. Palma, Esq.
Florida Bar No. 0024031
zep@thepalmalawgroup.com
Zandro E. Palma, P.A.
9100 S. Dadeland Blvd., Suite 1500
Miami, FL 33156
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
zep@thepalmalawgroup.com

By: __/s/ Zandro E. Palma_____
     Zandro E. Palma, Esq.
     Florida Bar No.: 0024031

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: July 6, 2022

Respectfully submitted,

 **/s/ Zandro E. Palma**_____
Zandro E. Palma, Esq.
Florida Bar No. 0024031
zep@thepalmalawgroup.com
Zandro E. Palma, P.A.
9100 S. Dadeland Blvd., Suite 1500
Miami, FL 33156
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
zep@thepalmalawgroup.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-21347-KMW

JASMINA FUENTES,
CAROLINA HENAO,
and other similarly-situated individuals,

    Plaintiffs,

v.

COLOR FACTORY, INC.,
GREAT PAINTING CORP.,
BL EXCLUSIVE PAINTING SERVICES CORP,
CARLOS C. SAMPAIO,
ALEJANDRA VEGA MAYA,
and JHOAN BASTARDO LINARES, individually

    Defendants,
_____/

## ORDER DISMISSING PLAINTIFFS' COMPLAINT SOLELY TO DEFENDANTS JHOAN BASTARDO LINARES and BL EXCLUSIVE PAINTING SERVICES CORP., WITHOUT PREJUDICE

THIS CAUSE having come on this day for consideration upon Plaintiffs' Notice of Voluntary Dismissal Solely to defendants JHOAN BASTARDO LINARES and BL EXCLUSIVE PAINTING SERVICES CORP., without Prejudice, and the Court being fully advised in the premises, it is thereupon,

ORDERED AND ADJUDGED that Plaintiff's claims against Defendant Defendants JHOAN BASTARDO LINARES and BL EXCLUSIVE PAINTING SERVICES CORP., are hereby DISMISSED WITHOUT PREJUDICE. The case against corporate Defendants COLOR FACTORY, INC., GREAT PAINTING CORP. , CARLOS C. SAMPAIO and ALEJANDRA VEGA MAYA, shall proceed its course.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida this \_\_\_ day of _____ 2022

_____
KATHLENN M. WILLIAMS
US DISTRICT JUDGE

cc: All Counsel of Record